UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE :  
    HARVEY PICKERING,  
                  APPELLANT.

NOTICE OF APPEAL  
CHAPTER 7  
INDEX # 07-10441

SIR/MADAM:

    PLEASE TAKE NOTICE, that the above appellant (debtor), Harvey Pickering, hereby appeals pursuant to Federal Judicial Procedure Rules (Rule 3,4,6,7 and 8) and Federal Bankruptcy Rules and Procedure 8001-8019 to the United States District Court from the decision of U.S. Bankruptcy Court Judge Robert D. Drain granting landlords motion to lift automatic stay on April 17, 2007 in violation of debtors right to due process of law.

DATED: April 23 ,2007.

SINCERELY,

HARVEY PICKERING  
4539 BRONX BLVD.  
BRONX, NEW YORK  
10470

TO: JOHN CIURCINA, ESQ.  
    584 ARDSLEY BLVD.  
    GARDEN CITY SOUTH, N.Y.  
    11530

FILED  
U.S. BANKRUPTCY COURT  
S.D. OF N.Y.  
2007 APR 23 A 11: 51